**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6845**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANDREA RENAY PADEWAY,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:20-cr-00233-LMB-2)

Submitted:  December 15, 2022                    Decided:  December 20, 2022

Before GREGORY, Chief Judge, and WILKINSON and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrea Renay Padeway, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrea Renay Padeway appeals the district court's order denying her motion for compassionate release, brought pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Padeway's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (per curiam) (stating standard of review), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we affirm the district court's order. *United States v. Padeway*, No. 1:20-cr-00233-LMB-2 (E.D. Va. July 8, 2022). We deny Padeway's motion to amend her compassionate release motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*